UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT SMITH,<br>        Plaintiff,<br>v.<br>U.S. DEPARTMENT OF AGRICULTURE,<br>        Defendant. | Case No. 16-cv-06312-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised by the parties at the telephonic case management conference that they have resolved the remaining issues in the case. Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 90 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 90 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: May 30, 2017

_____
VINCE CHHABRIA
United States District Judge